Dupree v. Drake, receiver.

A receiver appointed pending an action by or against the party for whose effects he was appointed receiver, cannot enter an appeal in the action in his own name as receiver without first having himself made a party thereto, inasmuch as no one has a right to appeal except parties to the case in which the appeal is entered. The court erred in not dismissing the appeal. Code, §3615. Let the appeal be dismissed.

Judgment reversed.    Cross-bill of exceptions dismissed.

April 2, 1894.   Argued at the last term.

Appeal.    Before Judge Hunt.    Henry superior court. April term, 1893.

Suit was brought in the county court by the Farmers Co-operative Manufacturing Company against C. W. Dupree, on a promissory note. Judgment was rendered for the defendant, and an appeal to the superior court was taken by R. H. Drake, as receiver for the Farmers. Co-operative Manufacturing Company. When the case was called, defendant moved to dismiss the appeal on the ground that the receiver was no party to the action in the county court, and therefore had no right to enter the appeal, he not having been made a party at the time the appeal was entered and nothing. appearing on the

face of the papers connecting him with the case in any way. The motion was overruled, and the court allowed an amendment making the receiver a party plaintiff, over defendant's objection that there was no proof of his appointment as receiver and that no case was properly pending in court to which he could legally be made a party.

E. J. REAGAN, for plaintiff in error.

T. E. PATTERSON, contra.